# United States Court of Appeals
## For the First Circuit

No. 99-1661

LUIS JUSINO MERCADO, ET AL.,
Plaintiffs, Appellants,

v.

COMMONWEALTH OF PUERTO RICO, ET AL.,
Defendants, Appellees.

_____

No. 99-1584

CARLOS VEGA CASTRO, ET AL.,
Plaintiffs, Appellants,

v.

COMMONWEALTH OF PUERTO RICO, ET AL.,
Defendants, Appellees.

ERRATA SHEET

The opinion of this Court issued on May 31, 2000 is corrected as follows:

On page 22, lines 5-9, change the first part of the sentence to read: "To cinch matters, strong policy considerations — especially those involving Congress's efforts to fulfill the promise of the Federal Relations Act and to ensure Puerto Rico a degree of autonomy normally associated with the states, see Examining Bd., 426 U.S. at 594 — . . . ."